AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Hinkle, Robert L | 2. Court or Organization<br><br>U.S. District Court, N.D. Fla. | 3. Date of Report<br><br>05/15/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>111 N. Adams Street<br>Tallahassee, Florida 32301 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 21 A 10: 10 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. University of Florida Law School | 3/2/06 - 3/3/06 --- judged moot court competition --- reimbursement of lodging |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hinkle, Robert L | 05/15/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hinkle, Robert L | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Capital City Bank | A | Interest | K | T | | | | | |
| 2. Berkshire Hathaway | | None | P1 | T | | | | | |
| 3. Certegy, Inc. | A | Dividend | | | Exchange out | 02/07 | J | | |
| 4. Fidelity Natl Info Svs | A | Dividend | J | T | Exchange in | 02/07 | J | | |
| 5. ChoicePoint, Inc. | | None | K | T | | | | | |
| 6. Commercial Net Lease Realty, Inc. | D | Dividend | | | Exchange out | 05/01 | M | | |
| 7. National Retail Pptys Inc. | D | Dividend | M | T | Exchange in | 05/01 | M | | |
| 8. Crawford & Company Class B | A | Dividend | J | T | | | | | |
| 9. Equifax, Inc. | A | Dividend | J | T | | | | | |
| 10. Flagler Holdings, Inc. | D | Dividend | M | U | | | | | |
| 11. International Flavors and Fragrances, Inc. | A | Dividend | J | T | | | | | |
| 12. Jefferson Pilot Corporation | A | Dividend | | | Sold | 04/17 | J | D | |
| 13. Kimberly-Clark Corporation | A | Dividend | J | T | | | | | |
| 14. Mellon Bank Corp. | A | Dividend | K | T | | | | | |
| 15. Southern Company | A | Dividend | J | T | | | | | |
| 16. US Bancorp | B | Dividend | L | T | | | | | |
| 17. WM Wrigley Jr. Co. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hinkle, Robert L | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Wrigley William Jr Co B (WWYWB) | A | Dividend | J | T | Stock div | 05/01 | | | |
| 19. IRA (assets also listed separately) | E | Dividend | P1 | T | | | | | |
| 20. Commercial Net Lease Realty, Inc. | C | Dividend | | | Exchange out | 05/01 | L | | |
| 21. National Retail Pptys Inc (name change) (NNN) (in IRA) | C | Dividend | M | T | Exchange in | 05/01 | L | | |
| 22. Certegy, Inc. (held in IRA) | B | Dividend | | | Exchange out | 02/07 | | | |
| 23. Fidelity Natl Info Svcs (in IRA) | A | Dividend | K | T | Exchange in | 02/07 | | | |
| 24. Diamonds Trust Series 1 (held in IRA) | B | Dividend | L | T | | | | | |
| 25. Equifax Inc. (held in IRA) | A | Dividend | K | T | | | | | |
| 26. Midcap SPDR TR SER 1 (held in IRA) | A | Dividend | L | T | | | | | |
| 27. IRA 2 (asset also listed separately) | A | Dividend | K | T | | | | | |
| 28. AMCAP FUND (held in IRA 2) | A | Dividend | K | T | | | | | |
| 29. Merrill Lynch Cash/Money Fund | A | Interest | J | T | | | | | |
| 30. Merrill Lynch Cash/Money Fund (held in IRA) | A | Interest | K | T | | | | | |
| 31. St. Johns County Florida W&S matures 6/1/10 | B | Interest | L | T | | | | | |
| 32. Standard & Poor Deposit Receipts (held in IRA) | D | Dividend | N | T | | | | | |
| 33. BBT Corporation | C | Dividend | M | T | | | | | |
| 34. Phoenix Home Life (life insurance) | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hinkle, Robert L | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. AIG Fed Savings Bk (CD) (in IRA) | B | Interest | | | Redeemed | 03/08 | L | | |
| 36. Israel Disc Bank NY (CD) (in IRA) | B | Interest | | | Redeemed | 03/08 | L | | |
| 37. Capital One Bank (CD) (in IRA) | A | Interest | | | Sold | 07/05 | J | | |
| 38. NetBank (CD) (in IRA) | | | K | T | Bought | 03/15 | K | | |
| 39. FirstBank of PR (CD) (in IRA) | | | L | T | Bought | 03/15 | L | | |
| 40. Lehman Bros Bk (CD) (in IRA) | A | Interest | | | Bought | 03/15 | J | | |
| 41. Lehman Bros Bk (CD) (in IRA) | A | Interest | | | Redeemed | 09/15 | J | | |
| 42. Israel Disc Bank NY (CD) (in IRA) | B | Interest | | | Bought | 03/15 | L | | |
| 43. Israel Disc Bank NY (CD) (in IRA) | B | Interest | | | Redeemed | 09/13 | L | | |
| 44. East West Bk Pasadena (CD) (in IRA) | | | K | T | Bought | 09/27 | K | | |
| 45. Israel Disc Bank NY (CD) (in IRA) | A | Interest | | | Bought | 09/27 | K | | |
| 46. Israel Disc Bank NY (CD) (in IRA) | A | Interest | | | Redeemed | 12/27 | K | | |
| 47. Bank Hapoalim NY (CD) (in IRA) | | | K | T | Bought | 10/02 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hinkle, Robert L | 05/15/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Hinkle, Robert L | 05/15/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Date  5/15/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544